## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | **Case No. 22-80038** |
| | ) | **(Chapter 13)** |
| **Richard Allen Weston, Jr. & Josefa** | ) | |
| **Robles Weston,** | ) | |
| | ) | |
| Debtor. | ) | |

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR THE DEBTOR.

Comes now the Debtor's Attorney of Record, William Frank, and respectfully requests this court enter an Order allowing his withdrawal as counsel of record for the Debtor. In support of this motion, Debtor's Counsel respectfully states as follows.

1. On March 6th, 2023 in *In Re: Hubert Earl Bumpass, bk-22-80532, (Bankr. E.D.O.K.)* The Court approved a stipulation between The United States Trustee's and Debtor's Attorney that prohibits Debtor's Attorney from appearing as an Attorney for a Debtor within The Eastern District of Oklahoma for a period of one year. Consequentially, Attorney William Frank is unable to prosecute this case and requests This Court allow him to withdraw as attorney for the Debtor.

2. Furthermore, the retainer agreement is between Recovery Law Group the Debtors. Attorney William Frank was assigned this case in his capacity as an attorney while employed by Recovery Law Group.

3. As of March 26th, 2023, attorney William Frank is no longer employed by the Recovery Law Group.

4. The Debtor will not be prejudiced by Attorney Frank's withdrawal as Recovery Law Group is assigning another attorney to prosecute this case. This case is active and is set for confirmation of April 20th, 2023.

### Notice and Opportunity for Hearing

Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document. If you do not want the Court to grant the requested relief, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Eastern District of Oklahoma 101 Nth 5th St. Room 403, Muskogee, OK 74401 no later than 14 days from the date of filing of this request for relief. You should also serve a file-stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice. The 14-day period includes the three (3) days allowed for mailing provided for in Fed. R. Bankr. P. 9006(f).

     ***Wherefore,*** the Debtor's Attorney respectfully requests this Court enter an order allowing Attorney William Frank to withdraw as Attorney for The Debtor.

Date: April 6th, 2023

/s/ William R Frank_____
William R Frank, Esq. (34070)
Recovery Law Group
132 Dollina Ct.
Norman, OK 73069
Ph: (843) 813-2138
Fax: (619) 810-0448
wfrank@recoverylawgroup.com