IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | Case No. 22-80038 |
| | ) | (Chapter 13) |
| **Richard Allen Weston, Jr. & Josefa Robles Weston,** | ) ) | |
| | ) | |
| Debtor. | ) | |

### NOTICE OF WITHDRAWL OF DEBTOR'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD.

Comes Now the debtors by and through their attorney of record William Frank and respectfully submits to the court this Notice of Withdrawal of Debtor's Motion to Withdraw as Attorney of Record.

PLEASE TAKE NOTICE that Debtor Notice of Withdrawal of Debtor's Motion to Withdraw as Attorney of Record [Docket No. 20,] is hereby withdrawn.

Dated: April 19th, 2022,

/s/ William R. Frank
William R. Frank # 34070
Recovery Law Group.
Attorney for the Debtor
132 Dollina Ct.
Norman, OK 73069
(843)-813-2138
wfrank@recoverylawgroup.com